# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880**

| | |
|---|---|
| Philadelphia County, Pennsylvania | *Matthew B. Weisberg*\*^ |
| 1500 Walnut St., Ste. 2000 | David A. Berlin^ |
| Philadelphia, PA 19102 | L. Anthony DiJiacomo~ |
| | Robert P. Cocco~+ |
| | |
| | \*NJ & PA Office Manager |
| | ^Licensed in PA & NJ |
| Web-Site: **www.weisberglawoffices.com** | ~Licensed in PA |
| **E-Mail**: MWEISBERG@WEISBERGLAWOFFICES.COM | +Of Counsel |

*Tuesday, February 07, 2017*

**VIA ECF**
The Honorable Anne E. Thompson

    RE:    Greenley v. Toms River Kia
               United States District Court, District of New Jersey (Trenton)
               No.: 16-4454

Your Honor:

       Pending before this Honorable Court is defendants' Motion to Dismiss plaintiff's complaint for defendants' claimed failure of plaintiff to satisfy this Honorable Court's jurisdictional minimum (i.e., $75,000.00). The undersigned represents plaintiff.

       Plaintiff respectfully points to this Honorable Court to recent albeit non-presidential authority in support of plaintiff's response in opposition: Quinones-Velazquez v. Maroulis, No. 16-2697 (C.A. 3 January 3, 2017).

       Plaintiff thanks this Honorable Court for its consideration of this notice of supplemental apposite authority. Of course, if your Honor requires anything further, plaintiff and his undersigned counsel will abide this Honorable Court's directive.

                                 Sincerely,

                                   /s/ Matthew B. Weisberg
                                   MATTHEW B. WEISBERG

MBW/hcm
Cc:    Albert Mitchell Levi, Esq. (via ECF)
         Andrew C. Samson, Esq. (via ECF)